### 35054. MOSELY et al. v. MOSELY.

PER CURIAM.

It appearing that the appellant has neither filed a brief nor appeared at oral argument in support of her enumeration of error, her appeal is hereby deemed abandoned and must be affirmed. Rule 45 of the Rules of the Supreme Court of Georgia.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 9, 1979 — DECIDED SEPTEMBER 10, 1979.

*Elmer H. Young, III,* for appellants.

Harold Mosely, *pro se.*